UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE **00-2390**

*CIV-MORENO*

ADA VIOLETA ARAUJO DEJO,
as Plaintiff/Putative Representative of
MANUEL AQUILES ARAUJO
YECGUANCHUI,

      Plaintiff,

vs.

MAGISTRATE JUDGE

PHILIP MORRIS COMPANIES, INC.,
PHILIP MORRIS INCORPORATED,
THE TOBACCO INSTITUTE, INC., and
THE COUNCIL FOR TOBACCO RESEARCH-
U.S.A., INC., f/k/a TOBACCO INSTITUTE
RESEARCH COMMITTEE,

      Defendants.

_____/

### CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. § 1446(d)

Defendants, Philip Morris Companies, Inc., and Philip Morris Incorporated, hereby

certify that they have, on this 6th day of July, 2000, filed a true and correct copy of their

Notice of Removal with the Clerk of the Court of the Eleventh Judicial Circuit in and for

Miami-Dade County, Florida, in compliance with 28 U.S.C. § 1446(d).

                    Respectfully submitted,

                    SHOOK, HARDY & BACON L.L.P.
                    *Counsel for Philip Morris Companies, Inc.*
                    *and Philip Morris Incorporated*
                    2400 Miami Center
                    201 S. Biscayne Boulevard
                    Miami, FL 33131-4332
                    Telephone:   (305) 358-5171
                    Facsimile:    (305) 358-7470

By:_____
                    Norman A. Coll
                    Florida Bar No. 0915114
                    Gaye L. Huxoll
                    Florida Bar No. 149497

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing certificate was served by mail this 6th day of July, 2000, on Steven R. Simon, Esq., Counsel for Plaintiff, Law Offices of Simon & Dondero, P.A., One S.E. Third Avenue, SunTrust International Center, Suite 2110, Miami, Florida 33131.

Gaye L. Buxoll

218639

2